UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (UNITED STATES OF AMERICA), et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CONNIE MEI CHUAN WU,<br><br>        Defendant. | Case No. 23-cv-02700-RS<br><br>**JUDGMENT** |

Pursuant to the order granting plaintiffs' motion for entry of default judgment issued this date, judgment is hereby entered in favor of plaintiffs and against defendant in the amount of $841,881, plus costs in the amount of $611.03. The life insurance policies issued to defendant, No. 93 028 454 and No. 14 190 117, are hereby declared terminated and void.

**IT IS SO ORDERED**.

Dated: September 19, 2023

_____
RICHARD SEEBORG
Chief United States District Judge