UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (UNITED STATES OF AMERICA), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CONNIE MEI CHUAN WU,<br><br>Defendant. | Case No. 23-cv-02700-RS<br><br>**ORDER REQUESTING FURTHER BRIEFING** |

Plaintiff has filed a motion seeking a "Writ of Body Attachment"—a bench warrant—to cause the arrest of third-party Martin A. Neely, in aid of its efforts to collect on the judgment it obtained in this action against defendant Connie Wu. Plaintiff asserts there is particular urgency because one of the properties held by The Martin A. Neely and Connie Wu 1998 Family Trust is currently in foreclosure proceedings.

Although there is always an interest in ensuring compliance with court orders even in the absence of any special urgency, plaintiff is requested to file a supplemental brief not to exceed 10 pages within one week of the date of this order addressing whether it believes its right to recover against any interest Wu may have in the property cannot be protected adequately by the recording of an abstract of judgment, particularly if efforts are made to provide actual notice of the judgment lien in the foreclosure proceedings.

**IT IS SO ORDERED**.

Dated: August 6, 2025

_____
RICHARD SEEBORG
Chief United States District Judge