UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN HANCOCK LIFE INSURANCE COMPANY (UNITED STATES OF AMERICA), et al.,

Plaintiffs,

v.

CONNIE MEI CHUAN WU,

Defendant.

Case No. 23-cv-02700-RS

**SECOND ORDER REQUESTING FURTHER BRIEFING**

By prior order, plaintiffs were requested to address whether they believe their "right to recover against any interest Wu may have in the property cannot be protected adequately by the recording of an abstract of judgment." In response, plaintiffs cited a California Probate Code section and secondary source commentary relevant to creditors' claims against deceased trust settlors. Although that authority has no applicability here, plaintiffs' right to discovery regarding defendant's family trust is not in question.

The issue is whether and why plaintiffs believe recording an abstract of judgment will not adequately protect their interests, particularly if they make efforts to ensure any buyer in foreclosure has actual notice of the judgment lien that would thereby be created on any interest defendant may have in the property. Plaintiffs' supplemental briefing completely failed to address this question. While a judgment lien would not automatically ensure plaintiffs would be paid from the proceeds of the foreclosure, any buyer in the escrow with knowledge of the lien presumably would take the property subject to it. Plaintiffs have not indicated whether they have recorded an

abstract of judgment, but they have not suggested they need discovery to do so.

As noted in the prior order, there is an interest in ensuring compliance with court orders, and plaintiffs do have a right to the discovery they seek. Some form of relief will therefore likely be appropriate. The urgency of the matter, however, may turn on the degree to which plaintiffs can show a foreclosure sale would cut off their ability to seek recovery from that asset. Plaintiffs are requested to file a further supplemental brief addressing this issue no later than August 20, 2025.

Dated: August 15, 2025

_____
RICHARD SEEBORG
Chief United States District Judge